JUNE 23, 1986

No. 85–441. ROBERTS, COMMISSIONER OF LABOR OF THE STATE OF NEW YORK v. BURLINGTON INDUSTRIES, INC.; and

No. 85–460. GILBERT ET AL. v. BURLINGTON INDUSTRIES, INC. Affirmed on appeals from C. A. 2d Cir. Reported below: 765 F. 2d 320.

No. 85–944. BROOKS, COMMISSIONER OF LABOR OF NORTH CAROLINA v. BURLINGTON INDUSTRIES, INC., ET AL. Affirmed on appeal from C. A. 4th Cir. 

No. 85–1066. MARTIN, GOVERNOR OF NORTH CAROLINA, ET AL. v. HAITH. Affirmed on appeal from D. C. E. D. N. C.

No. 84–922. LINEAS AEREAS COSTARRICENSES, S.A., ET AL. v. FLORIDA DEPARTMENT OF REVENUE. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question. JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument. 

No. 84–1041. AIR JAMAICA LTD. ET AL. v. FLORIDA DEPARTMENT OF REVENUE. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question. JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument. 

No. 85–1690. GOODYEAR FARMS ET AL. v. CITY OF AVONDALE. Appeal from Sup. Ct. Ariz. Motion of Arizona for leave to intervene granted. Appeal dismissed for want of substantial federal question. JUSTICE BRENNAN and JUSTICE WHITE would postpone further consideration of the question of jurisdiction to a hearing of the case on the merits.